# Bounty Group Holding, LLC
## d/b/a Chestnut Hill Farms
806 S. Douglas Road, Suite 580
Coral Gables, FL 33134
(305) 592-6969 Voice
(305) 436-8969 Fax
www.chfusa.com

Forward all Payments to:
Bounty Group Holding, LLC
PO Box 441088
MIAMI, FL 33144-1088

# Sales Invoice

Invoice No.: **65446**
Page 1 of 1
Invoice Date: 04/17/2018
Shipment Date: 04/17/2018
Terms of Sale: FOB

**Bill To:**
THE FRUIT CLUB
515 N GARFIELD CIRCLE
SIOUX FALLS, SD 57104
USA

**Ship To:**

| | |
|---|---|
| Customer Number: 2175 | Customer Ref: |
| Payment Terms: PACA Prompt | Ship Via: CUSTOMER TRUCK |
| Sales Person: DARLENE ZEH | Country of Origin: |

Remarks: Based On Sales Orders 352107.

| Quantity | Description | Price (US$) | Total (US$) |
|---|---|---|---|
| 1,500 | PINEAPPLES 8 PERFECT | 8.85 | 13,275.00 |

1,500 (Total Boxes)

Past Due Amounts Charged 1.5% Per Month + Collection Costs

**TOTAL** US$ 13,275.00

IN THE EVENT PRODUCE IS ACCEPTED BUT BUYER DISPUTES THE PRICE(S) NOTED ON THIS INVOICE ON ACCOUNT OF QUALITY OR CONDITION, THEN BUYER SHALL NOTIFY SELLER WITHIN 24 HOURS AFTER ARRIVAL (SUCH NOTICE TO BE SUPPORTED BY USDA INSPECTION). SELLER EXPRESSLY RESERVES ALL SELLER'S RIGHTS IN CONNECTION WITH ANY CLAIM, INCLUDING WITHOUT LIMITATION, AT SELLER'S SOLE AND EXCLUSIVE DISCRETION, THE RIGHT TO: (1) REMOVE THE PRODUCE AT SELLER'S EXPENSE WITHIN 24 HOURS AFTER NOTIFICATION; (2) CONSENT TO A REDUCTION IN THE PRICE, OR (3) CONSENT TO BUYER HANDLING THE PRODUCE FOR SELLER'S ACCOUNT ON A CONSIGNMENT BASIS OR PRICE AFTER SALE BASIS.

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED IN THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT 1930 (7 U.S.C. 499 e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM ON THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. IN THE EVENT ANY ACTION IS COMMENCED TO COLLECT SUMS DUE UNDER THIS INVOICE, THE PARTY LIABLE FOR PAYMENT SHALL BE RESPONSIBLE FOR PAYMENT OF ALL COSTS AND FEES IN CONNECTION WITH SAID COLLECTION INCLUDING ATTORNEY'S FEES AND COSTS, WHETHER OR NOT A LAWSUIT HAS BEEN FILED.


PLAINTIFF'S EXHIBIT 1

Bounty Group Holding, LLC
d/b/a **Chestnut Hill Farms**
806 S. Douglas Road, Suite 580
Coral Gables, FL 33134
(305) 592-6969 Voice
(305) 436-8969 Fax
www.chfusa.com

Forward all Payments to:
Bounty Group Holding, LLC
PO Box 441088
MIAMI, FL 33144-1088

# Sales Invoice

Invoice No.: 65442
Page 1 of 1
Invoice Date: 04/17/2018
Shipment Date: 04/17/2018
Terms of Sale: FOB

**Bill To:**
THE FRUIT CLUB
515 N GARFIELD CIRCLE
SIOUX FALLS, SD 57104
USA

**Ship To:**

Customer Number: 2175
Payment Terms: PACA Prompt
Sales Person: DARLENE ZEH

Customer Ref:
Ship Via: CUSTOMER TRUCK
Country of Origin:

Remarks
Based On Sales Orders 352108.

| Quantity | Description | Price (US$) | Total (US$) |
|---|---|---|---|
| 1,500 | PINEAPPLES 8 PERFECT | 8.85 | 13,275.00 |

1,500 (Total Boxes)

Past Due Amounts Charged 1.5% Per Month + Collection Costs

**TOTAL** US$ 13,275.00

IN THE EVENT PRODUCE IS ACCEPTED BUT BUYER DISPUTES THE PRICE(S) NOTED ON THIS INVOICE ON ACCOUNT OF QUALITY OR CONDITION, THEN BUYER SHALL NOTIFY SELLER WITHIN 24 HOURS AFTER ARRIVAL (SUCH NOTICE TO BE SUPPORTED BY USDA INSPECTION). SELLER EXPRESSLY RESERVES ALL SELLER'S RIGHTS IN CONNECTION WITH ANY CLAIM, INCLUDING WITHOUT LIMITATION, AT SELLER'S SOLE AND EXCLUSIVE DISCRETION, THE RIGHT TO: (1) REMOVE THE PRODUCE AT SELLER'S EXPENSE WITHIN 24 HOURS AFTER NOTIFICATION; (2) CONSENT TO A REDUCTION IN THE PRICE, OR (3) CONSENT TO BUYER HANDLING THE PRODUCE FOR SELLER'S ACCOUNT ON A CONSIGNMENT BASIS OR PRICE AFTER SALE BASIS.

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED IN THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT 1930 (7 U.S.C. 499 e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM ON THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED. IN THE EVENT ANY ACTION IS COMMENCED TO COLLECT SUMS DUE UNDER THIS INVOICE, THE PARTY LIABLE FOR PAYMENT SHALL BE RESPONSIBLE FOR PAYMENT OF ALL COSTS AND FEES IN CONNECTION WITH SAID COLLECTION INCLUDING ATTORNEY'S FEES AND COSTS, WHETHER OR NOT A LAWSUIT HAS BEEN FILED.