UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| BOUNTY GROUP HOLDING, LLC, a limited liability company doing business as CHESTNUT HILL FARMS, | § §§§§§§ | CASE NO. 18-4083 |
| Plaintiff, | §§ | |
| v. | §§ | |
| THE FRUIT CLUB, INC., a corporation; MATTHEW KLEINSASSER, an individual; and IRINA KLEINSASSER, an individual, | §§§§§ | |
| Defendants. | §§§§ | |

## NOTICE OF VOUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff BOUNTY GROUP HOLDING, LLC d/b/a CHESNUT HILL FARMS, through counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against the Defendants THE FRUIT CLUB, INC., MATTHEW KLEINSASSER, AND IRINA KLEINSASSER.

SWIER LAW FIRM, PROF. LLC


DATED:  July 17, 2018          By: _/s/ Jake Fischer_____
JAKE FISCHER
240 E. Main Street
P.O. Box 72
Corsica, South Dakota 57328
T: (605) 946-5096
F: (605) 286-3219
E-mail: Jake@SwierLaw.com
Attorneys for Plaintiff BOUNTY
GROUP HOLDING, LLC, a limited
liability company doing business
as CHESTNUT HILL FARMS